IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN C HEISER,

  Plaintiff,

v.            CASE NO. 4:09-cv-00331-MP-WCS

JOHN DOE, JACKIE HINSON, A ISRA, WALTER A MCNEIL, LETICIA RENO, SCOTT
JAMES THAYER,

  Defendants.

_____/

# O R D E R

  This matter is before the Court on Report and Recommendation, Doc. 17, regarding the

Amended Complaint filed by Steven C. Heiser, Doc. 14.  Plaintiff, an inmate proceeding *pro*

*se* and *in forma pauperis*, has filed an amended civil rights complaint under 42 U.S.C. § 1983.

Plaintiff's Amended Complaint concerns knee surgery performed at the Department of

Corrections' Medical Reception Center in Lake Butler, and Plaintiff's medical problems

following the surgery.  All events in controversy occurred within the jurisdiction of the Middle

District of Florida.  The Magistrate has recommended this action be transferred there, no party

has objected, and the time for doing so has passed.  Finding no error, it is

  **ORDERED AND ADJUDGED:**

  1.  The Report and Recommendation of the Magistrate Judge, Doc. 17, is ADOPTED
     and incorporated herein.

  1.  This case is TRANSFERRED to the United States District Court for the Middle
     District of Florida, Jacksonville Division, for all further proceedings.

  **DONE AND ORDERED** this   *12th* day of January, 2010

_s/Maurice M. Paul_
Maurice M. Paul, Senior District Judge